FILED
NOV 1 5 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARTIN PEREZ-REYES, aka Canuto Jauregy-Osuna, Defendant. | Criminal Case No. 07cr3126-JLS<br><br>INFORMATION<br><br>Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about April 28, 2007, within the Southern District of California, defendant MARTIN PEREZ-REYES, aka Canuto Jauregy-Osuna, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

RSK:psd:San Diego
10/30/07

Count 2

On or about May 2007, within the Southern District of California, defendant MARTIN PEREZ-REYES, aka Canuto Jauregy-Osuna, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

Count 3

On or about June 19, 2007, within the Southern District of California, defendant MARTIN PEREZ-REYES, aka Canuto Jauregy-Osuna, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 11/15/2007.

KAREN P. HEWITT
United States Attorney

Charlotte E. Kaiser for

REBECCA S. KANTER
Assistant U.S. Attorney