28

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARTIN PEREZ-REYES
aka Canuto Jauregy-Osuna

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3126-JLS

I, MARTIN PEREZ-REYES aka Canuto Jauregy-Osuna, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-15-07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Martin Perez
Defendant

Paul D Tu
Counsel for Defendant

Before W McCurine Jr.
JUDICIAL OFFICER